ISAAC MORSE v. GEORGE WILLIAMS, TOWNSHIP DRAIN COMMISSIONER.

*Certiorari—Party in interest.*

Where the affidavit for a writ of *certiorari* to review proceedings had by a drain commissioner fails to show that the petitioner is liable to assessment for the expense of the work of cleaning out and tiling a drain, or that he has any interests to be affected by the proceedings, and his name nowhere appears in the return, the writ will be dismissed as improvidently issued.

Error to Genesee. (Newton, J.) Submitted on briefs May 13, 1892. Decided June 10, 1892.

*Certiorari* from circuit court to review proceedings of drain commissioner.     Order dismissing writ affirmed. The facts are stated in the opinion.

*Black & Brown,* for petitioner and appellant.

*Russell & Bray,* for respondent.

McGRATH, J.    Proceedings to clean out and tile a drain were removed to the circuit by *certiorari* allowed by a circuit court commissioner, and, upon motion, the writ of *certiorari* was dismissed in the circuit court.

The first paragraph of the affidavit for the writ is as follows:

"George F. Brown, of the city of Flint, Mich., being duly sworn, deposes and says that he is one of the attorneys for Isaac Morse, who resides in the township of Gaines, county of Genesee, and State aforesaid, and who is a party who deems himself aggrieved in a matter hereinafter mentioned."

The name of Isaac Morse nowhere appears in the return to the writ of *certiorari,* nor does the affidavit set forth that he is liable to assessment for the expense of the work, or that he has any interests to be affected by the proceeding.    Under this state of facts the writ was improperly issued, and the circuit court was right in dismissing it.

It is unnecessary to discuss the other questions raised. The judgment is affirmed, with costs to defendant.

MORSE, C. J., LONG and MONTGOMERY, JJ., concurred. GRANT, J., did not sit.